Stefan L. Coleman (#000382009)
LAW OFFICES OF STEFAN COLEMAN, LLC
1072 Madison Ave, Suite 1
Lakewood New Jersey 08701
877.333.9427

*Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT HOSSFIELD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>RCI, LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case No. 2:13-cv-03601-KM-MAH<br><br>**NOTICE OF MOTION FOR ADMISSION OF RAFEY S. BALABANIAN, CHRISTOPHER L. DORE, BENJAMIN H. RICHMAN AND SCOTT D. OWENS *PRO HAC VICE*** |

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 101.1 of the United States District Court for the District of New Jersey, Stefan L. Coleman, counsel for the Plaintiff, Robert Hossfield ("Plaintiff"), hereby requests the entry of an Order admitting Rafey S. Balabanian, Christopher L. Dore, and Benjamin H. Richman of Edelson LLC, and Scott D. Owens of Scott D. Owens P.A. to practice before this Court in this matter *pro hac vice,* on behalf of the Plaintiff. Counsel for Defendant RCI, Inc. has consented to this motion and does not oppose the relief sought therein.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff will rely upon the attached certifications is support of this application;

**PLEASE TAKE FURTHER NOTICE** that a form of Order is being submitted with this Notice of Motion.

        Stefan L. Coleman
        *Attorney for Plaintiff, Robert Hossfield*

        STEFAN L. COLEMAN

Dated: September 23, 2013