Stefan L. Coleman (#000382009)
LAW OFFICES OF STEFAN COLEMAN, LLC
1072 Madison Ave, Suite 1
Lakewood New Jersey 08701
877.333.9427

*Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT HOSSFIELD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>RCI, LLC, a Delaware limited liability company,<br><br>*Defendant.* | Case No. 2:13-cv-03601-KM-MAH<br><br>**CERTIFICATION OF BENJAMIN H. RICHMAN IN SUPPORT OF MOTION FOR ADMISSION** *PRO HAC VICE* |

**BENJAMIN H. RICHMAN**, being of full age, hereby certify as follows:

1. I am an associate with the law firm of Edelson LLC. I submit this certification in support of the motion by Robert Hossfield ("Plaintiff") for my *pro hac vice* admission in this matter, pursuant to L. CIV. R. 101.1.

2. I am an attorney-at-law and an active member in good standing of the bar of the State of Illinois, having been admitted to practice in 2009.

3. The address of the office which maintains my record as a member of the Bar of the State of Illinois is:

> *Illinois*:
> Clerk of the Supreme Court of Illinois
> Supreme Court Building
> 200 East Capitol
> Springfield, IL 62701

1

4. There are no disciplinary proceedings pending against me in the State of Illinois or any other jurisdiction, nor have disciplinary proceedings ever been filed against me in the State of Illinois or any other jurisdiction. No discipline has ever been imposed on me in the State of New Jersey or any other jurisdiction.

5. I understand that if I am admitted *pro hac vice*, I will be subject to the disciplinary jurisdiction of the United States District Court for the District of New Jersey.

6. I further understand that if I am admitted *pro hac vice*, in accordance with L. CIV. R. 101.1(c)(2), I will be required to make annual payments to the New Jersey Lawyers' Fund for Client Protection and, in accordance with L. CIV. R. 101(c)(3), I will be required to make a payment of $150.00 to the Clerk of the United States District Court, and I will abide by these requirements.

7. I hereby certify under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                                        BENJAMIN H. RICHMAN

Dated: September 23, 2013