# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

January 9, 2014

Stefan L. Coleman, Esq.
1072 Madison Avenue
Suite 1
Lakewood, NJ 08701

Michael R. McDonald, Esq.
Gibbons, PC
One Gateway Center
Newark, NJ 07102-5310

<u>**LETTER ORDER**</u>

    Re:    <u>Hossfeld v. RCI, LLC</u>
              <u>Civil Action Nos. 13-3601 (SDW)</u>

Dear Counsel:

      A telephone conference is scheduled for **Friday, March 7, 2014 at 12:00 noon.** Three days in advance, parties shall submit a joint status letter. Plaintiff's counsel shall initiate the telephone conference.

      **SO ORDERED.**

                                            *s/Madeline Cox Arleo*
                                            **MADELINE COX ARLEO**
                                            **United States Magistrate Judge**

cc:    Clerk
        Hon. Susan D. Wigenton, U.S.D.J.
        File