October 13, 2014

**VIA CM/ECF FILING**

Honorable Stephen C. Mannion
United States District Court
50 Walnut Street, Courtroom MLK
Newark, New Jersey 07102

   Re: *Hossfeld v. RCI, LLC*, No. 2:13-cv-03601
     <u>Report on Status of Defendant's Declaration</u>

Dear Judge Mannion:

  We write in accordance with Your Honor's Order entered September 23, 2014 (Dkt. 24) in the above-referenced matter, and to provide the Court with an update on the status of these proceedings. Since the September 22nd Telephonic Conference with Your Honor, the Parties have reached an agreement on the declaration to be provided by RCI, LLC and are awaiting its execution. Once the declaration has been signed, the Parties will file a stipulation dismissing Plaintiff Hossfeld's claims, and those of the putative class, without prejudice.

  Thank you for your time and attention in this matter.

               Respectfully,

               *Stefan Coleman*

               Stefan Coleman
               (Counsel for Plaintiff Hossfeld)


EDELSON PC

/s/ Benjamin H. Richman

Benjamin H. Richman
(Counsel for Plaintiff Hossfeld)


GIBBONS LAW PC

/s/ Damian Santomauro

Damian Santomauro
(Counsel for RCI, LLC)