IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT HOSSFELD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RCI, LLC, a Delaware limited liability company<br><br>Defendant. | Civil Action No.: 13-03601 (SDW)(SCM)<br><br>STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO <u>FED. R. CIV. P. 41</u> |

      Plaintiff Robert Hossfeld ("Hossfeld") and Defendant RCI, LLC ("RCI") (collectively, the "Parties"), hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal *without prejudice* of Hossfeld's individual claims and the claims of the putative class he seeks to represent in this matter. In support of the instant stipulation, the Parties state as follows:

      WHEREAS, on June 10, 2013, Hossfeld filed his Class Action Complaint against RCI. (Dkt. 1);

      WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties may stipulate to the dismissal of Hossfeld's claims in this matter without a Court order;

      WHEREAS, the Parties have conferred and agreed to stipulate to the dismissal of Hossfeld's individual claims against RCI in this matter, *without prejudice*;

      WHEREAS, the Parties have further conferred and agreed to stipulate to the dismissal of the claims of the putative class against RCI in this matter, *without prejudice*;

      WHEREAS, the Parties have further agreed that the Parties shall each bear their own attorneys' fees and expenses incurred in any way related to the dismissal;

      NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows:

1.  Hossfeld's individual claims against RCI in this action shall be dismissed *without prejudice*;

2.  The putative class's claims against RCI in this action shall be dismissed *without prejudice*;

3.  The Parties shall each bear their own attorneys' fees and expenses incurred in any way related to this dismissal.

IT IS SO STIPULATED.

      *     *     *

|  |  |
|---|---|
|  | **ROBERT HOSSFELD**, individually and on behalf of all others similarly situated, |
| Dated: October 20, 2014 | By:   s/ Stefan Coleman<br>      One of Plaintiff's Attorneys |
|  | Stefan Coleman<br>law@stefancoleman.com<br>LAW OFFICES OF STEFAN COLEMAN LLC<br>1072 Madison Avenue, Suite 1<br>Lakewood, New Jersey, 08701<br>Tel: 877.333.9427 |
|  | Rafey S. Balabanian (Admitted *Pro Hac Vice*)<br>rbalabanian@edelson.com<br>Christopher L. Dore (Admitted *Pro Hac Vice*)<br>cdore@edelson.com<br>Benjamin H. Richman (Admitted *Pro Hac Vice*)<br>brichman@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378 |
|  | Scott D. Owens, Esq. (Admitted *Pro Hac Vice*)<br>Scott@ScottDOwens.com<br>LAW OFFICE OF SCOTT D. OWENS, ESQ.<br>664 E. Hallandale Beach Boulevard<br>Hallandale, Florida 33009 |

Tel: 954.589.0588

**RCI, LLC**,

Dated: October 20, 2014                By:   /s Michael R. McDonald
                                                     Michael R. McDonald, Esq.

Michael R. McDonald, Esq.
Damian Santomauro, Esq.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 639-6295